```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/30/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZUVDIJA AHMEMULIC,

                     Plaintiff,

– against –

KEYSTONE MANAGEMENT, INC., and
BELMONT VENTURES, LLC,

                     Defendants.

ECF Case

No. 18-cv-4182 (AT)

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective counsel, that the claims of Plaintiff Zuvdija Ahmemulic are voluntarily dismissed, without prejudice, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), without costs or attorneys' fees to any party.

For Defendants:

By: _____
Glenn S. Grindlinger, Esq.
Fox Rothschild LLP
101 Park Avenue, 17th Floor
New York, NY 10178
Tel.: (212) 878-7900
ggrindlinger@foxrothschild.com

Date: 8/27/2018

**SO ORDERED**

_____
Hon. Analisa Torres, U.S.D.J.

For Plaintiff:

By: _____
David Harrison, Esq.
Harrison, Harrison & Associates, Ltd.
110 Highway 35, 2nd Floor
Red Bank, NJ 07748
Tel.: (888) 239-4410
mycotlaw@gmail.com

Date: 8/27/2018

August 30, 2018
Dated

ACTIVE\62232887.v1